## BURKE, MIELE & GOLDEN, LLP

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE
KELLY M. NAUGHTON **

ASHLEY N. TORRE *

JOSEPH P. MCGLINN (1941-2000)

\* ADMITTED IN NEW YORK & NEW JERSEY
\*\* ADMITTED IN NEW YORK & MASSACHUSETTS

40 MATTHEWS STREET
SUITE 209
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080

FAX (845) 294-7673

ROCKLAND COUNTY OFFICE:

499 ROUTE 304
NEW CITY NY 10956

PLEASE REPLY TO
GOSHEN OFFICE

February 11, 2016

Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

**Via ECF**

Re:   United States v. Brian Fanelli
      14 CR 305 (KMK)

Dear Judge Karas:

   Please allow this letter to serve as a request for my client, Brian Fanelli, to travel to visit with his mother in Florida. Mr. Fanelli's mother has an appointment with a cancer surgeon on February 17, 2016 to discuss surgery options. He wishes to travel from February 16, 2016 to February 20, 2016.

   I have spoken with Assistant United States Attorney Anden Chow and Pretrial Services Officer Leo Barrios and they have no objections to our request.

   Thank you for your attention to this matter.

Respectfully,

MICHAEL K. BURKE

MKB:la

Cc:  Assistant United States Attorney Anden Chow (via ECF)
     Assistant United States Attorney Andrew Goldstein (via ECF)
     Pretrial Services Officer Leo Barrios (via facsimile (914) 390-4035)